**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-1904-VAP (OPx)                    Date: January 27, 2011

Title:      GLADIATOR INSURANCE & FINANCIAL SERVICES, INC. *-v-*
             GLADIATOR INSURANCE SERVICES, INC.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:        ORDER TO SHOW CAUSE (IN CHAMBERS)

        On October 20, 2009, Plaintiff Gladiator Insurance & Financial Services, Inc.
("Plaintiff") filed a complaint against Defendant Gladiator Insurance Services Inc.
("Defendant").  (Doc. No. 1.)  On December 30, 2009, Plaintiff filed a proof of service
as to Defendant.  (Doc. No. 5.)  On December 31, 2009, Plaintiff filed a request for
the Clerk to enter default against Defendant (Doc. No. 6), which the Clerk entered on
January 4, 2010 (Doc. No. 7).  Since that date, more than one year later, Plaintiff
has not moved the Court to enter default judgment against Defendant.  The Court
accordingly orders Plaintiff to show cause, in writing, no later than February 9, 2011,
why this case should not be dismissed for failure to prosecute.  Plaintiff may respond
to this Order by filing a Motion for Default Judgment.

        **IT IS SO ORDERED.**

MINUTES FORM 11                                        Initials of Deputy Clerk <u>md</u>
CIVIL -- GEN                          Page 1